IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 2 3 2003
Michael N. Milby
Clerk of Court

| | |
|---|---|
| DIRECTV, INC. § | |
| § | |
| VS. § | |
| § | |
| ISMAEL LOZANO, GERALD MANTHEY § | CIVIL ACTION: B-03-094 |
| LUIS ERNESTO LONGORIA, CARLOS § | |
| MASSO, KLAUS MEYER, ABRAHAM § | B-03- 199 |
| OCHOA, GEORGE RAMIREZ, PEDRO § | |
| SANDOVAL, ERIC SOLIS AND DUAINE § | |
| WOHLERS § | |

## MOTION TO DISMISS

Comes Now, **PEDRO SANDOVAL**, (hereinafter "Defendant"), by and through his undersigned his undersigned counsel and pursuant to Rule 12(b)(6) of the Federal Rules of Civil submits this Motion to Dismiss Count III of plaintiff **DIRECTV, Inc.'s** (hereinafter "Plaintiff") Complaint and in support hereof states as follows:

1. This is a Motion to Dismiss for failing to state an action under 18 U.S.C. §2512.

2. The plaintiff alleges in Count III of its multi count Complaint that the Defendant violated 18 U.S.C. §2512 and is seeking monetary damages for such violation.

3. 18 U.S.C. §2512 is a <u>criminal</u> statute, under which there is no civil liability. Chapter 18 provides for only acts that are criminally prohibited under 18 U.S.C.§2512.

4. Since 18 U.S.C. §2512 does not provide a private right of action, the Plaintiff, a California Corporation, lacks standing to bring an action thereupon, cannot state an action for damages thereupon, and accordingly should be dismissed. For a detailed discussion regarding the above, please refer to the attached Memorandum of Law in Support of Motion to Dismiss attached hereto.

COPY I CERTIFY
_____, CLERK
_____
Deputy Clerk

WHEREFORE, the Defendant requests this Honorable Court to Dismiss Count III of the Plaintiff's Complaint for failing to state a cause of action.

Respectfully Submitted,

_____
Hon. Ricardo M. Adobbati
Fed. I.D. #18158
State Bar No. 00790208

134 E. Price Road
Brownsville, Texas 78521
(956) 544-6882 Phone
(956) 544-6883 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of September, 2003, I caused a copy of the foregoing Motion to Dismiss to be placed in the U.S. Postal Service via First Class Mail, postage prepaid to Hon. Lecia L. Chaney, Rodriguez, Colvin & Chaney, 1201 East Van Buren, P. O. Box 2155, Brownsville, Texas 78522-2155 counsel for Defendant.

_____
Ricardo M. Adobbati