| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

DIRECTV, INC.                §

VS                           §   CIVIL ACTION NO. B-03-094
                                 ~~(Judge Tagle)~~ 636(c)
ISMAEL LOZANO ET AL          §
                                 B-03-199

## SCHEDULING ORDER

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

1. Trial: Estimated time to try: __3__ days.  ☐ Bench  ☒ Jury

2. New parties must be joined by:
   *Furnish a copy of this scheduling order to newparties*

3A. The plaintiff(s)' experts will be named with a report furnished by:  **12/01/03**

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.  **12/15/03**

5. Discovery must be completed by:  **02/02/04**
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************** The court will provide these dates. ********************

6. Dispositive Motions will be filed by:  **02/02/04**

7. Joint pretrial order is due:  **02/17/04**
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge ~~Tagle~~ Recio is set for ~~1:30~~ 2:00 p.m. on:  **04/01/04**

9. The jury selection before Judge ~~Tagle~~ Recio is set for 9:00 a.m. on:  **04/05/04**

The case will remain on standby until tried.

Signed __OCTOBER 31, 2003__, at Brownsville, Texas.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
MICHAEL N MILBY, CLERK
By _____
    Deputy Clerk