UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-03-199 |
| | § | (636(c)) |
| PEDRO SANDOVAL, | § | |
|     Defendant. | § | |

*United States District Court*
*Southern District of Texas*
*ENTERED*

FEB 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## NOTICE AND ORDER

On November 18, 2003, this Court entered an order (Docket No. 11) denying Defendant's Motion to Dismiss Count III of the Plaintiff's complaint (Docket No. 6) without prejudice. The Defendant was also informed that he would be granted leave to refile his motion at a future stage of these proceedings, if he so desires.

Defendant is hereby informed that, if he desires to refile his motion, he must do so on or before March 2, 2004. Thereafter, the Court will rule on whether Count III of Directv's complaint states a cause of action.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 2nd day of February, 2004.

_____
Felix Recio
United States Magistrate Judge