IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. CIV. B-03-199 |
| v. | § | (636(c)) |
| | § | |
| PEDRO SANDOVAL | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

On this the 22nd day of March, 2004, Plaintiff's Motion for Leave to File Amended Complaint has come before the Court. The Court, having considered this Motion determines that it is meritorious and therefore, allows the filing of Plaintiff's Amended Complaint.

IT IS THEREFORE ORDERED, ADJUDGED & DECREED that Plaintiff's Motion for Leave to File its First Amended Complaint is in all things GRANTED.

Signed this 22d day of March, 2004 in Brownsville, Texas.

Felix Recio
PRESIDING JUDGE