UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 2 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIRECTV, INC.<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIV. NO. B-03-199 |
| | § | (636(c)) |
| PEDRO SANDOVAL,<br>    Defendant. | §<br>§<br>§ | |

## ORDER

The docket sheet for the above-referenced cause of action shows that the Defendant's Second Motion to Dismiss (Docket No. 13) is currently pending. On March 22, 2004, this Court granted the Plaintiff's Motion for Leave to File an Amended Complaint. The Plaintiff's new complaint does not include the count Defendant is seeking to challenge in his motion to dismiss. Therefore, the Defendant's Second Motion to Dismiss (Docket No. 13) is hereby MOOTED. IT IS SO ORDERED.

DONE in Brownsville, Texas this 26th day of March, 2004.

Felix Recio
United States Magistrate Judge