UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIV. NO. B-03-199 |
| | § | (636(c)) |
| PEDRO SANDOVAL, | § | |
| Defendant. | § | |

### ORDER

A final pretrial conference in this cause of action was previously set for April 1, 2004, at 2:00 p.m. In addition, jury selection was previously scheduled for April 5, 2004, at 9:00 a.m. It is hereby ORDERED that the final pretrial conference and jury selection dates are continued. The new dates are as follows:

(1) Final pretrial conference is now set for June 1, 2004, at 2:00 p.m.; and

(2) Jury selection is now set for June 3, 2004, at 9:00 a.m.

IT IS SO ORDERED.

DONE in Brownsville, Texas this 26th day of March, 2004.

Felix Recio
United States Magistrate Judge