COURTROOM MINUTES: **Felix Recio Judge Presiding**
　　　　　　　　　　Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | D Ahumada |
| CSO | : | M Agado |
| Law Clerk | : | M Knicely |
| Interpreter | : | not needed |
| Date | : | May 25, 2004 at 2:05 p.m. |

United States District Court
Southern District of Texas
FILED
MAY 2 5 2004
Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-03-199

**DIRECTV, INC.**　　　　　　　　*　　　　　　Lecia Chaney

vs　　　　　　　　　　　　　　　*

Pedro Sandoval　　　　　　　　　*

---

### STATUS CONFERNECE

Lecia Chaney present for Plaintiff;
Pedro Sandoval not present;

L Chaney announced the case has settled and that the settlement agreement is ready for signatures;

Court adjourned.