IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIRECTV, Inc., | § | |
| Plaintiff, | § | |
| v. | § | No. CIV. B-03-199 |
| | § | (636(c)) |
| PEDRO SANDOVAL | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED
AUG 3 0 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER GRANTING
## MOTION TO DISMISS WITH PREJUDICE

CAME ON to be heard on this day DIRECTV's Motion to Dismiss with Prejudice, in which the Plaintiff advises the Court that it has resolved all matters in dispute in this lawsuit against **PEDRO SANDOVAL** and requested that Plaintiff's claims against Defendant **PEDRO SANDOVAL** be dismissed in their entirety and *with prejudice*. The Court, having considered the plaintiff's motion, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's lawsuit against Defendant **PEDRO SANDOVAL** is hereby dismissed *with prejudice*; and, IT IS FURTHER ORDERED that all costs and expenses, including attorneys' fees, are to be borne by the party incurring same.

Signed this 30th day of August, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING